AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Connelly, Rebecca B. | US Bankruptcy Court for the Western District of Virginia | 05/04/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 1/1/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

116 North Main Street
Harrisonburg VA 22802

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Washington and Lee University School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Connelly, Rebecca B.** | 05/04/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | 2019 | Washington and Lee Univerity School of Law salary | $11,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Washington and Lee University Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia Bar Association | 5/2019 | Williamsburg | speaking at Bankruptcy Law Conference | hotel and mileage |
| 2. | ABI | 7/2019 | Amelia Island | speaking at Southeastern Bankruptcy Conference | hotel, airfare, and taxi |
| 3. | ABI | 9/2019 | Washington, DC | speaking at Views from the Bench | hotel and mileage |
| 4. | NCBJ | 10/2019 | Washington, DC | speaking at Annual Conference of Bankruptcy Judges | hotel and mileage |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 05/04/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1. jCornerstone Bank bank accounts (various accounts) | A | Interest | J | T | | | | | |
| 2. Cornerstone Bank stock | A | Dividend | K | T | | | | | |
| 3. SunTrust Bank (various accounts) | A | Interest | K | T | | | | | |
| 4. GWPAX American funds Growth Portfolio Cl A | A | Dividend | K | T | | | | | |
| 5. SDGIX Dreyfus/Standish Global Fixed Inc Fund I | A | Dividend | J | T | Sold (part) | 04/03/19 | J | | |
| 6. JHME John Hancock Multifactor Energy ETF | A | Dividend | | | Sold (part) | 04/15/19 | J | | |
| 7. | | | | | Sold (part) | 11/20/19 | J | | |
| 8. | | | | | Sold | 11/21/19 | J | A | |
| 9. XMLV Invesco S&P Mid-Cap Low Vol EFT | A | Dividend | K | T | Buy (add'l) | 04/03/19 | J | | |
| 10. XSLV Invesco S&P Small Cap Low Vol EFT | A | Dividend | K | T | Buy (add'l) | 04/03/19 | J | | |
| 11. | | | | | Sold (part) | 04/15/19 | J | A | |
| 12. MTUM iShares Edge MSCI USA Momentum Factor ETF | A | Dividend | L | T | Buy (add'l) | 04/03/19 | J | | |
| 13. EMPL First Trust North Amer Energy Infrastructure Fund | A | Dividend | J | T | Sold (part) | 04/15/19 | J | A | |
| 14. | | | J | T | Sold (part) | 08/06/19 | J | A | |
| 15. | | | J | T | Sold (part) | 11/20/19 | J | A | |
| 16. DGS Wisdom Tree Emerging Markets Small Cap | C | Dividend | J | T | Buy (add'l) | 04/03/19 | J | | |
| 17. | | | | | Sold (part) | 04/15/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Connelly, Rebecca B.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | CSHIX Credit Suiss Floating Rate High Inc Fund | A | Dividend | J | T | Sold (part) | 04/03/19 | J | A | |
| 19. | AHMFX Amer High Inc Municipal Bond Fund | A | Dividend | J | T | Sold (part) | 04/03/19 | J | A | |
| 20. | SDY SPDR SER TR S&P Dividend EFT | C | Dividend | L | T | Buy (add'l) | 04/03/19 | K | | |
| 21. | RPSIX T Rowe Price Spectrum Income Fund | A | Dividend | J | T | Sold (part) | 04/03/19 | J | | |
| 22. | FDT First Trust Developed Markts ex-US Alpha DEX fund | A | Dividend | K | T | Buy (add'l) | 04/03/19 | J | | |
| 23. | EMLP First Trust North Amer Energy Infrastructure Fund | A | Dividend | | | Merged (with line 13) | 04/15/19 | J | A | |
| 24. | SCZ iShares MSCI EAFE small cap ETF | A | Dividend | J | T | Sold (part) | 04/15/19 | J | A | |
| 25. | | | | | | Sold (part) | 08/06/19 | J | | |
| 26. | VNQI Vanguard Global Ex- US Real Estate Index Fund | B | Dividend | K | T | Sold (part) | 04/15/19 | J | | |
| 27. | MANLX BlackRock Nat Mun Fund Inst Shares | A | Dividend | J | T | Sold (part) | 04/04/19 | J | | |
| 28. | TRP Mid Cap Growth fund | A | Dividend | J | T | | | | | |
| 29. | TRP Spectrum Income fund | A | Dividend | J | T | | | | | |
| 30. | Vanguard Wellesley Inc Fund mutual fund | A | Dividend | J | T | | | | | |
| 31. | (Y) JPMorgan Income Builder UGTMA | | | | | | | | | |
| 32. | (Y) Prudential Jennison Equity Income UGTMA | | | | | | | | | |
| 33. | (Y) Janney Montgomery Sweep Acct UGTMA | | | | | | | | | |
| 34. | Janney Montgomery Sweep Acct | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. ASPZX Alger Spectra | C | Dividend | K | T | | | | | |
| 36. MINIX MFS International Value CL I | A | Dividend | K | T | | | | | |
| 37. OGIYX Oppenheimer Global Opportunities Cl C | C | Dividend | L | T | | | | | |
| 38. Van Kampen Invest Grade Mun Trust CUSIP 92116Y160 | A | Dividend | J | T | | | | | |
| 39. Royal Bank Canada - 3Z8 formerly of Montreal Russell Index Note | A | Interest | | | Redeemed | 10/31/19 | K | D | |
| 40. BNP PARIBAS US Note CUSIP 05579TVY9 | A | Interest | | | Redeemed | 04/22/19 | K | A | |
| 41. Barclays Bank PLC Note CUSIP 06744C5E7 | C | Interest | K | T | | | | | |
| 42. Royal Bank of Canada Note - KM8 | A | Interest | | | Redeemed | 07/31/19 | J | C | |
| 43. JP Morgan Chase Note CUSIP 48129HCA3 | A | Interest | K | T | | | | | |
| 44. JP Morgan Chase Finl Co Cont Note 48129MAP1 | C | Interest | K | T | | | | | |
| 45. GS Finance Corp Cont CPN NDX 40055QD82 | C | Interest | L | T | | | | | |
| 46. Societe Generale Worst Non Prin Pronote Lkd Xop CUSIP 83369FSV0 | B | Interest | K | T | Buy | 05/29/19 | K | | |
| 47. BOFA Finance LLC ContT Incm Note Lkd Indu Rty CUSIP 09709TQK0 | A | Interest | K | T | Buy | 05/29/19 | K | | |
| 48. Citigroup Glbl Mkts Hldg Eqty Lkd Contn Cpn CUSIP 17327TEX0 | A | Interest | K | T | Buy | 08/27/19 | K | | |
| 49. Torontp Dominion Bank Contin Int Bar Lkd Try SX5E CUSIP 89114R4S2 | A | Interest | K | T | Buy | 11/25/19 | K | | |
| 50. Government I Bonds | A | Dividend | J | T | Redeemed (part) | 03/15/19 | J | A | |
| 51. Government I Bond | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Connelly, Rebecca B.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  TIAA CREF Retirement Account (H) | | | | | | | | | |
| 53.  - TI\|AA Traditional fixed annuity | A | Interest | M | T | | | | | |
| 54.  --CREF Stock R2 | A | Dividend | O | T | | | | | |
| 55.  --CREF Growth R2 | A | Dividend | N | T | | | | | |
| 56.  --MainStay Lrg Cap Growth I | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Connelly, Rebecca B.** | 05/04/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

Line 5 SDIX Dreyfus Standish shares sold  4/3/19 at a loss
Line 7 JHME John Hancock Mult Eng ETF shares sold 11/20/19 at a loss
Lne 21 RPSIX T Rowe Price Spectrum Inc shares sold 4/3/19 at a loss
Line 25 SCZ  iShares MSCI  EAFC  shares sold 8/6/19 at a loss
Line 26 VNQI Vanguard Global Ex-US shares sold 4/15/19 at a loss
Line 27 MaNLx Blackrock Nat Mun Fund shares sold 4/3/19 at a loss

Lines 31, 32, 33 are assets that had been previously owned under a UGMA account and in 2019 the beneficiary became of majority age, therefore the account was transferred to the adult child. I no longer have any ownership interest in the account.

Lines 72, 73, 74, 75 and 76 are assets held in retirement account of spouse. I have no ownership interest in or control over these retirement assets.

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 05/04/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rebecca B. Connelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544